IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-201-EWN-MJW

RAYMOND ARTHUR PRICE,

Applicant,

v.

SUPERINTENDENT REID, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

## ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

Before the court is the petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

It is hereby **ORDERED** that on or before February 9, 2007, the Clerk of the District Court of Gunnison County, Colorado, shall provide to this court the original written record of Gunnison County Case No. 92CR10, People v. Raymond Price.

It is further **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the District Court of Gunnison County by Facsimile to (970) 641-6876 and by regular mail to Gunnison County Courthouse, 200 E. Virginia Avenue, Gunnison CO 81230.

Done this 31st day of January, 2007.

BY THE COURT:

Michael J. Watanabe
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, a copy of the foregoing document was served on the Clerk of the District Court of Gunnison County by facsimile to (970) 641-6876 and by regular mail to Gunnison County Courthouse, 200 E. Virginia Avenue, Gunnison CO 81230.

_Darlene Joal_
Deputy Clerk

```
*************** -COMM. JOURNAL- ******************* DATE JAN-31-2007 ***** TIME 14:58 ********

        MODE = MEMORY TRANSMISSION            START=JAN-31 14:58    END=JAN-31 14:58

           FILE NO.=126
STN     COMM.        STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
NO.
001     OK           ¤919706416876                               002/002    00:00:18



***** UF-8000 v2 ******************* -           - ***** -                  - *********
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-201-EWN-MJW

RAYMOND ARTHUR PRICE,

Applicant,

v.

SUPERINTENDENT REID, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

### ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

Before the court is the petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

It is hereby **ORDERED** that on or before February 9, 2007, the Clerk of the District Court of Gunnison County, Colorado, shall provide to this court the original written record of Gunnison County Case No. 92CR10, People v. Raymond Price.

It is further **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the District Court of Gunnison County by Facsimile to (970) 641-6876 and by regular mail to Gunnison County Courthouse, 200 E. Virginia Avenue, Gunnison CO 81230.

Done this 31st day of January, 2007.

BY THE COURT;

Michael J. Watanabe
United States Magistrate Judge