IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04-cv-00201-EWN-MJW

RAYMOND ARTHUR PRICE,

    Applicant,

v.

SUPT. REID and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

    This matter is before the court on a recommendation of a United States Magistrate Judge (#21) filed February 15, 2007.  The magistrate judge has recommended that the application for a writ of habeas corpus filed by Mr. Price, a state prisoner, be denied and that the case be dismissed.  No party has objected to the recommendation, but Mr. Price has filed a one-page document purporting to be a notice of appeal (#23).  The clerk has transmitted the notice to the court of appeals.

    With some hesitation, this court weighs in to treat Mr. Price's notice as an objection to the recommendation filed by the magistrate judge.  The court does so primarily in the interest of expediting proceedings, since it seems plain that the recommendation alone is not an appealable order and that the court of appeals is not likely to treat it as such.  Entry of this order will

effectively perfect Mr. Price's notice of appeal.  *See* FED. R. APP. PRO. 4(a)(2) (notice of appeal filed before entry of judgment treated as filed on the date of and after entry of judgment).

This court has conducted the requisite *de novo* review of the issues, the recommendation, and Mr. Price's objections thereto.  Mr. Price's objections are entirely unilluminating and insufficient.  Based on my review of the extensive recommendation, I have concluded that the recommendation is a correct application of the facts and the law.  Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED and adopted as the order of this court.  The case is DISMISSED with prejudice.  The clerk will promptly enter judgment accordingly

2. The clerk will promptly forward this order and the judgment to the court of appeals.

DATED this 5th day of March, 2007.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge