IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00201-EWN-MJW

RAYMOND ARTHUR PRICE

   Applicant,

v.

SUPERINTENDENT REID, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

   Respondents.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Nottingham, Judge

   Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action.  The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right.  Accordingly, it is

   ORDERED that a certificate of appealability will not be issued.

   DATED at Denver, Colorado this 9th of March, 2007.

         BY THE COURT:


         s/ Edward W. Nottingham
         JUDGE, UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLORADO