# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00201-EWN-MJW

RAYMOND ARTHUR PRICE,

    Applicant,

v.

SUPT. REED, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY JUDGE EDWARD W. NOTTINGHAM

    This matter is before me on the motions for leave to proceed on appeal pursuant to 28 U.S.C. § 1915 that Plaintiff Raymond Arthur Price submitted to and filed with the Court on March 12 and April 6, 2007. In the April 6 motion, Mr. Price alleges that he is unable to obtain from his new case manager, Donna Webster, the required certification as to the amount of funds currently on deposit in his inmate trust fund account. Mr. Price has failed, however, to provide any documentation demonstrating that he has been denied a certified account statement and the reason or reasons why he has been denied such a statement. He will be allowed **thirty (30) days from the date of this minute order** in which to do so or to submit the required certified account statement. The United States Court of Appeals for the Tenth Circuit will be notified if Mr. Price fails to comply with this minute order within the time allowed.

Dated: April 18, 2007