IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

CIVIL ACTION NO. 04-cv-00201-WYD-MJW

Raymond Arthur Price,

    Petitioner,

v.

Supt. Reid and The Attorney General of the State of Colorado,

    Respondent.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

ORDERED that the Clerk shall return the State Court Record.

Dated: August 5, 2009

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Chief United States District Judge

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Chief Judge, Wiley Y. Daniel, was mailed to the following:

Gunnison County Court
Gunnison County Courthouse
200 E. Virginia Avenue
Gunnison, Colorado 81230

8/7/09

By: _____
Deputy Clerk